UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>JAMES A. BELLAS<br>DEBORAH J BELLAS<br><br>Debtors | CASE NO: 08-35365<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029271**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 12 | FIFTH THIRD BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>1850 E PARIS SE MD ROPS05<br>GRAND RAPIDS, MI  49546 | 309.14 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/10/2010

Certificate of Service                     08-35365

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

JAMES A. BELLAS
10 E LAKE SHORE DR
CINCINNATI, OH 45237

DEBORAH J BELLAS
125 N COOPER AVENUE
LOCKLAND, OH 45215

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH 45036

(12.1)
FIFTH THIRD BANK
ATTN BANKRUPTCY DEPARTMENT
1850 E PARIS SE MD ROPS05
GRAND RAPIDS, MI 49546

(16.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL 33131

(14.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH 43216

(15.1n)
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH 43216

(17.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA 23541

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner                    sv